JS-6
FILED
CLERK, U.S. DISTRICT COURT
AUG 4 2009
CENTRAL DISTRICT OF CAL.
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>EASTERN MUNICIPAL WATER DISTRICT and RANCHO CALIFORNIA WATER DISTRICT,<br><br>Defendants. | CV 04-8182 CBM (RNBx)<br><br>**JUDGMENT** |

The matter before the Court, the Honorable Consuelo B. Marshall, United States District Judge presiding, is the bench trial held on Plaintiffs' claims for declaratory and injunctive relief regarding Defendants' export of treated wastewater from the Santa Margarita River watershed, and Plaintiffs' contract-related claims arising from the parties' 1990 agreement concerning the same treated wastewater.

Consistent with the Findings of Fact and Conclusions of Law, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants Eastern Municipal

1 | Water District and Rancho California Water District.  Each party shall bear its own costs.

**IT IS SO ORDERED.**

DATED: August 4, 2009

By /s/ Consuelo B. Marshall
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE